

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>MICHEL JOSEPH ABDALLAH<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-cr-00011-FWS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defense_____, IT IS ORDERED that a detention hearing is set for _September 22_____, _2025_____, at _1:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Karen E. Scott_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/15/25__     _/s/ Karen E. Scott_
U.S. ~~District Judge~~/Magistrate Judge

KAREN E. SCOTT